# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KERRY ANN LOOMIS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM GROUP CORPORATION,<br><br>    Defendant. | Case No. 1:20-cv-00251 |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT ON MOTION FOR STEP-ONE NOTICE

Defendant Unum Group Corporation respectfully requests that the Court hear oral argument on Plaintiff's Motion for Step-One Notice Pursuant to the Fair Labor Standards Act ("Plaintiff's Motion") (Dkt. 51), Defendant's Opposition to Plaintiff's Motion for Step-One Notice Pursuant to the Fair Labor Standards Act ("Opposition") (Dkt. 84), and Plaintiff's Reply (Dkt. 85).

Plaintiff's Motion was filed on November 21, 2021, and Defendant filed its Opposition on January 28, 2021. Plaintiff filed a Reply on February 4, 2021. This Court's Judicial Preferences state, "If a party believes oral argument would be of particular benefit on a motion, the party may file a separate motion that explains why oral argument should be scheduled," and this Court may set a motion for oral argument if it "will be useful."

Plaintiff has now filed almost 50 pages of briefing on this Motion, including a 23-page reply brief that raises multiple new arguments that Defendant will have no opportunity to respond to in the absence of oral argument. Defendant respectfully requests the opportunity to

address these new arguments and to answer any questions the Court may have.  Defendant believes that oral argument will be useful to the Court in evaluating the positions taken by Plaintiff in her Reply brief.

      Given the significance of the issues in Plaintiff's Motion, Defendant respectfully requests that the Court enter an order directing that oral argument be held on a date and time set by the Court. In light of the continuing pandemic, Defendant requests that oral argument take place via Zoom or a similar technology.

Dated: February 8, 2021
New York, New York

    Respectfully submitted,
    PAUL HASTINGS LLP

By _____
Patrick W. Shea (*pro hac vice*)
Julia G. Mix (*pro hac vice*)
patrickshea@paulhastings.com
juliamix@paulhastings.com
200 Park Avenue
New York, New York 10166
Phone: (212) 318-6000
Fax: (212) 319-4090

MILLER & MARTIN PLLC

Charles B. Lee
Jenna Fullerton
chuck.lee@millermartin.com
jenna.fullerton@millermartin.com
Volunteer Building Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Phone: (423) 756-6600
Fax: (423) 785-8480

*Attorneys for Defendant*
*Unum Group Corporation*

## CERTIFICATE OF SERVICE

       I certify that this document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by United States Mail, facsimile, or hand delivery. Parties may access this filing through the Court's electronic filing system.

This 8th day of February 2021.

_____
Patrick W. Shea