# EXHIBIT A

**Loomis v. Unum Group Corporation.,** Case No. 1:20-cv-251
(Eastern District of Tennessee)

# NOTICE OF LAWSUIT

**1.     What is this Notice about?**

This Notice is about a lawsuit that you may choose to join.

**2.     What is the lawsuit about?**

The lawsuit is about whether "Disability Benefits Specialists" who worked for Unum Group Corporation ("Unum," or "Company,") should have been classified as nonexempt employees and paid overtime wages. Kerry Ann Loomis, who worked for the Company as a salaried Disability Benefits Specialist in Maine, filed the lawsuit against Unum. The lawsuit claims that Unum violated federal overtime wage laws by not paying Disability Benefits Specialists overtime when they worked more than 40 hours per week. The Company denies the allegations in the lawsuit and has asserted that Benefits Specialists above the Associate level are exempt from the payment of overtime under the law.

**3.     Why did I get this Notice?**

The Company identified you as a salaried "Disability Benefits Specialist" and the Court Ordered that you receive this Notice. Specifically, the Court directed that notice be sent to: All salaried Disability Benefits Specialists who worked for Unum Group Corporation outside of California in the Short-Term Disability, Long-Term Disability, or Individual Disability Insurance areas, above the Associate level (i.e., Core, Senior, or Lead), at any time since March 22, 2018, and whose job duties included processing disability claims using the guidelines in Unum's Benefit Center Claims Manual. "Disability Benefits Specialists" include, but are not limited to, the following job titles: **Disability Benefit(s) Specialist, Disability Specialist, Benefit(s) Specialist, Disability Claims Examiner, Disability Benefit(s) Claim Analyst, and Life Event Specialist**.

4.     **How do I join the lawsuit?**

You can join this lawsuit by **completing the Consent to Join Form at [URL]**. Or, you can complete and return the attached Consent to Join form by mail in the pre-paid envelope, by email to overtimepaylawsuit@mselaborlaw.com, or by fax to (202) 452-1090.

**5.     When do I need to submit the Consent to Join form to join the lawsuit?**

To join the lawsuit, you must postmark or return the Consent to Join form by **[insert date 63 days from mailing date]**. If you do not postmark or return the Consent to Join form by **[insert date 63 days from mailing date]**, you may not be able to join the lawsuit.

**6.     What happens if I join the lawsuit?**

If you join this lawsuit, you will be bound by its outcome. If the Plaintiff and those who join win the lawsuit or obtain a settlement, you may receive a payment. If the Plaintiff and those who join lose the lawsuit, you will not receive any money. Counsel for the Plaintiff has agreed to pay any costs that may be assessed against the participants in the case in the event that the claims are unsuccessful.

1

If you join this lawsuit, you may be required to participate in written discovery and may be required to appear for deposition and/or trial.

**7.    Do I need to do anything if I do not want to join the lawsuit?**

No.  If you choose not to join the lawsuit, you do not need to do anything.

**8.    What happens if I decide not to join the lawsuit?**

If you do not join the lawsuit, you will not be bound by its outcome. This means that regardless of the result in this lawsuit, you are free to file your own lawsuit, either on your own behalf or through an attorney.

**9.    Can the Company retaliate against me for joining this lawsuit?**

No. Federal law prohibits the Company from firing you or taking any adverse action against you because you decided to join the lawsuit.

**10.    Who will be my lawyers if I join the lawsuit, and how will the lawyers be paid?**

If you join the lawsuit, you will be represented by Travis Hedgpeth, and members of his firm, The Hedgpeth Law Firm, PC; Jack Siegel and members of his firm, Siegel Law Group PLLC; Charles P. Yezbak, and members of his law firm, Yezbak Law Offices PLLC; Molly Elkin, and members of her firm, McGillivary Steele Elkin LLP, and any of their associated attorneys (contact information in Paragraph 11).

The lawyers will only be paid if they win the lawsuit or obtain a settlement.  If either happens, the lawyers may receive their fees and costs from the Company and/or may receive a percentage of any money awarded by the Court or obtained through a settlement.  If the Plaintiffs lose the lawsuit, you will not have to pay your lawyers.

**11.    How will I know if I joined the lawsuit?**

Your lawyers will contact you to confirm you joined the case. If you are not contacted in a reasonable period of time, please contact your lawyers (contact information in Paragraph 11).

**12.    How do I get more information about the lawsuit?**

Please write, call, or e-mail Molly Elkin, Travis Hedgpeth, Jack Siegel, or Charles Yezbak,:

| Molly A. Elkin<br>MCGILLIVARY STEELE ELKIN LLP<br>1101 Vermont Ave., N.W., Suite 1000<br>Washington, DC  20005<br>Tel.: (202) 833-8855<br>E: overtimepaylawsuit@mselaborlaw.com | Jack Siegel<br>Siegel Law Group PLLC<br>4925 Greenville, Ste. 600<br>Dallas, Texas 75206<br>Tel: (214) 790-4454<br>E: Jack@siegellawgroup.biz |
|---|---|
| Charles P. Yezbak<br>Yezbak Law Offices PLLC<br>2021 Richard Jones Rd., Suite 310A<br>Nashville, TN 37215<br>Tel: (615) 250-2000<br>E: yezbak@yezbaklaw.com | The Hedgpeth Law Firm, PC<br>3050 Post Oak Blvd., Ste 510<br>Houston, Texas 77056<br>Tel: (281) 572-0728<br>E: Travis@hedgpethlaw.com |

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF TENNESSEE. THE COURT HAS TAKEN NO POSITION ON THE MERITS OF THIS LAWSUIT.**

**PLEASE DO NOT CALL OR WRITE THE JUDGE IN THIS LAWSUIT. THE JUDGE CANNOT ANSWER QUESTIONS ABOUT THIS LAWSUIT OR THIS NOTICE.**

# NOTICE OF CONSENT TO BE A PARTY PLAINTIFF
## (UNUM OVERTIME PAY LITIGATION)

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I consent to be a party plaintiff to seek unpaid overtime pay in the case in which this consent is filed. By joining this lawsuit, I designate the named plaintiff in which this consent is filed, and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid overtime claims I choose to be represented by the Hedgpeth Law Firm, PC, the Siegel Law Group PLLC, Yezbak Law Offices PLLC, and McGillivary Steele Elkin LLP, and other attorneys with whom they may associate.

Date: _____  Signature_____

Printed Name: _____

4

Case 1:20-cv-00251-CLC-CHS   Document 97-1   Filed 06/10/21   Page 5 of 6
PageID #: 1146

**Please Print or Type the Following Information.
This information will not be part of the Public Record and is Necessary for your Attorneys'
Files and Potential Settlement.**

***Note: This Portion Will NOT Be Filed With the Court***

Cell phone number: _____ Home phone number: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Email: _____

Location(s) where you worked: _____

Position(s) you held: _____

Approximate dates of employment: _____