UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KERRY ANN LOOMIS, LISA LARENSEN, JESSICA DEPUYDT, *and* CHRIS ROOP, *individually and on behalf of others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>UNUM GROUP CORPORATION,<br><br>*Defendant*. | Case No: 1:20-cv-251<br><br>Judge Curtis L. Collier |

**O R D E R**

Before the Court is the parties' joint motion to approve the Fair Labor Standards Act ("FLSA") and Class Action Settlement. (Doc. 313.) Also before the Court is Plaintiffs' motion for attorney fees and reimbursement of litigation costs. (Doc. 312.) On April 17, 2025, the Court conducted a hearing on the parties' joint motion (Doc. 313) and Plaintiffs' motion (Doc. 312). (Doc. 314.)

Upon review of the Joint Motion for Final Approval of FLSA and Class Action Settlement ("Final Approval Motion") and exhibits, and upon finding that there is a bona fide legal dispute between the Parties as to whether the Settlement Class Members are owed any wages, overtime compensation, or statutory damages, it is hereby:

(1) **ORDERED** that the Final Approval Motion (Doc. 313) is **GRANTED**; and it is further

(2) **ORDERED** that **FINAL APPROVAL** of the Settlement Agreement attached as Exhibit 1 ("Agreement") to the Joint Motion for Preliminary Approval (Doc. 309-1), including all information contained in the Notices, as fair, reasonable, adequate, and

binding on Plaintiffs and all Settlement Class Members who are participating in the settlement, is **GRANTED**; and it is further

(3) **ORDERED** that the procedure for Defendant to pay the Gross Settlement Fund into the Qualified Settlement Fund ("QSF") as described in Paragraph 10.5 of the Agreement is **APPROVED**; and it is further

(4) **ORDERED** that the QSF shall be administered as described in Paragraphs 10-13 of the Agreement; and it is further

(5) **ORDERED** that the release of claims set forth in Paragraph 14 of the Agreement is **APPROVED**; and it is further

(6) **ORDERED** that the claims of Plaintiffs and all Settlement Class Members who are participating in the settlement shall be **DISMISSED WITH PREJUDICE**; and it is further

(7) **ORDERED** that the parties shall enter a Stipulation of Dismissal in accordance with the Agreement; and it is further

(8) **ORDERED** that Plaintiffs' motion for attorney fees and reimbursement of litigation costs (Doc. 312) is **GRANTED** and the award of attorneys' fees and reimbursement of litigation expenses set forth in Paragraphs 10.4, 11.2, and 11.4 of the Agreement and further detailed in Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Litigation Costs ("Fee Petition") (Doc. 312) is **APPROVED**; and it is further

(9) **ORDERED** that this Court shall retain jurisdiction over the interpretation and implementation of the Agreement, as well as all matters arising out of or relating to the interpretation or implementation of the Agreement, including but not limited to enjoining any pursuit of claims covered by the release approved by this Court.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**